IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

EARL SEYMOUR                                                                    PLAINTIFF

v.                                                           CAUSE NO. 1:11CV50 LG-RHW

NECAISE, ET AL.                                                                DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is hereby dismissed with prejudice as to all parties.

**SO ORDERED AND ADJUDGED** this the 7th day of May 2013.

*s/ Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief U.S. District Judge